**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HIAS, *et al.*, | |
| *Plaintiffs*, | Case No. 26-cv-429-MHS |
| v. | Hon. Matthew H. Solomson |
| UNITED STATES OF AMERICA, | |
| *Defendant*. | |

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record.

I am admitted to practice in this court, and I appear in this case as counsel for all Plaintiffs: HIAS; Advancing Democratic Elections and Political Transitions LLC; the American Bar Association; DAI Global, LLC; Democracy International, Inc.; Management Sciences for Health, Inc.; Mercy Corps; and Save the Children Federation, Inc.

Dated: March 18, 2026                              Respectfully submitted,

                                                   */s/ Brian Rosen-Shaud*
                                                   Brian C. Rosen-Shaud (D.C. Bar # 90042065)
                                                   JACOBSON LAWYERS GROUP PLLC
                                                   5100 Wisconsin Ave. NW, Suite 301
                                                   Washington, DC 20016
                                                   Tel: (301) 823-1148
                                                   brian@jacobsonlawyersgroup.com

                                                   *Counsel for Plaintiffs*