**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HIAS, *et al.*,<br>*Plaintiffs*,<br>v.<br>UNITED STATES OF AMERICA,<br>*Defendant*. | Case No. 26-cv-429-MHS<br>Hon. David A. Tapp |

**NOTICE OF INDIRECTLY RELATED CASE**

Pursuant to Rule 40.2(b)(3)(B) of the Rules of the U.S. Court of Federal Claims, Plaintiffs submit the attached Notice of Indirectly Related Case, which they filed in *Danzinger v. United States*, No. 25-cv-1241-DAT (Fed. Cl.).

Dated: April 22, 2026

Respectfully submitted,

*/s/ Daniel F. Jacobson*

Daniel F. Jacobson (D.C. Bar # 1016621)
Stephen K. Wirth (D.C. Bar # 1034038)
Brian C. Rosen-Shaud (D.C. Bar # 90042065)
Kyla M. Snow (D.C. Bar # 90036400)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiffs*