IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HIAS et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 26-429C |
| v. | ) | (Chief Judge Solomson) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SECOND CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of eight days, to and including June 25, 2026, to respond to the complaint filed by plaintiffs. Our response is currently due on June 17, 2026. This is our second request for an enlargement of time for this purpose, the Court having previously granted one enlargement of time of 30 days. Counsel for plaintiffs has indicated that plaintiffs consent to the relief requested in this motion.

Good cause exists for granting this motion. As previously reported, the undersigned counsel for the Government has been conferring about this case with counsel for the United States Department of State (State) and the United States Agency for International Development (USAID). We have received constructive information regarding many of the grants and cooperative agreements at issue in this case. However, because the complaint involves eight plaintiffs, two different agencies, and more than 150 grants and cooperative agreements, additional time is needed to review the information we have received as well as to seek further information from both agencies. Additionally, this matter may present issues of first impression and is filed against the backdrop of pending district court litigation involving many of the same plaintiffs, which all thus requires additional time for consideration.

The additional time requested will allow the undersigned to review the information received from State and USAID, gather additional information from agencies, finalize our response, coordinate its contents with agency counsel, and obtain supervisory review at the Department of Justice prior to filing with the Court.

For these reasons, we respectfully request an eight-day extension of time, to and including June 25, 2026, within which to respond to the complaint.  For the foregoing reasons, defendant respectfully requests that the Court grant this consent motion for an enlargement of time.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

CORINNE A. NIOSI
Assistant Director

/s/Matthew P. Roche
MATTHEW P. ROCHE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0466
Facsimile: (202) 514-8624
Matthew.p.roche@usdoj.gov

Dated:  June 9, 2026                Attorneys for Defendant

- 2 -