**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HIAS, *et al.*,<br>*Plaintiffs*,<br>v.<br>UNITED STATES OF AMERICA,<br>*Defendant*. | Case No. 26-cv-429-MHS<br>Hon. Matthew H. Solomson |

**NOTICE OF INDIRECTLY RELATED CASE**

Pursuant to RCFC 40.2(b), Plaintiffs in *Cloudburst Consulting Group, Inc. v. United States*, No. 26-cv-1184-ZNS (Fed. Cl.), notify the Court that *Cloudburst* is indirectly related to an earlier-filed case, *HIAS v. United States*, No. 26-cv-429-MHS (Fed. Cl.), and state as follows:

1. The operative pleadings are the Complaint in *Cloudburst*, ECF No. 1 ("*Cloudburst* Compl."), and the First Amended Complaint in *HIAS*, ECF No. 21 ("*HIAS* FAC"). Both cases include claims arising from the government's mass termination of foreign-assistance awards in early 2025, including procurement contracts. *See Cloudburst* Compl. ¶¶ 21–23; *HIAS* FAC ¶¶ 21, 30.

2. *Cloudburst* alleges that USAID terminated approximately 33 procurement contracts held by its eight plaintiffs. *Cloudburst* Compl. ¶¶ 21, 87. *HIAS* alleges USAID and the State Department terminated eight procurement contracts held by two of the plaintiffs in *HIAS*, as well as approximately 161 grants and cooperative agreements held by all nine plaintiffs. *HIAS* FAC ¶¶ 21, 117, 120, 132, 135 & App'x A.

3. Both complaints allege that the awards at issue were suspended and terminated through the same centralized process directed by the same senior agency officials and DOGE

personnel, without individualized review or independent judgment by the responsible Contracting Officers. *Cloudburst* Compl. ¶¶ 24–86, 196–97; *HIAS* FAC ¶¶ 31–100, 229–31.

4. Both complaints identify the same principal evidence concerning the termination process. Each alleges that DOGE and agency personnel prepared action memoranda for the termination tranches, that spreadsheets listing the selected awards were attached to those memoranda, and that the materials lacked substantial individualized information concerning the awards. *Cloudburst* Compl. ¶¶ 70–74, 82–86; *HIAS* FAC ¶¶ 78–83, 96–100.

5. These shared allegations are central to parallel claims in both cases that the government abused its discretion, breached the implied covenant of good faith and fair dealing, and acted in bad faith by terminating awards *en masse* without individualized consideration or independent judgment by the responsible Contracting Officers. *Cloudburst* Compl. ¶¶ 196–97, 211–13, 223–26; *HIAS* FAC ¶¶ 229–32, 239–42, 255–58.

6. Discovery concerning these common factual issues will necessarily overlap. It will involve the same directives, tranche lists, action memoranda, spreadsheets, templates, and internal communications, as well as the same central decisionmakers and many of the same agency witnesses. Coordinating that discovery would avoid duplicative document productions, searches of the same custodians, and repetitive depositions; reduce burdens on the parties and witnesses; and promote consistent resolution of discovery issues. Consolidation for purposes of coordinated discovery can therefore be expected significantly to promote the efficient administration of justice. *See* RCFC 40.2(b).

7. The undersigned counsel represent the plaintiffs in both *Cloudburst* and *HIAS*. The undersigned counsel have consulted with the plaintiffs in *HIAS* and with counsel for the United States in *HIAS*.

8. The plaintiffs in *HIAS* have indicated that they consent to treating *Cloudburst* and *HIAS* as indirectly related, although they respectfully request that any treatment of the cases as indirectly related not unduly delay proceedings in *HIAS*.

9. Counsel for the United States in *HIAS* was unable to provide the government's position because the case has not yet been assigned to an attorney.

Dated: August 26, 2026

Respectfully submitted,

*/s/ Daniel F. Jacobson*

Daniel F. Jacobson (D.C. Bar # 1016621)
Stephen K. Wirth (D.C. Bar # 1034038)
Brian C. Rosen-Shaud (D.C. Bar # 90042065)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com
stephen@jacobsonlawyersgroup.com

*Counsel for Plaintiffs*