IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HIAS et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 26-429C |
| v. | ) | (Chief Judge Solomson) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to Rules 5.4(b)(1) and 7 of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests leave to exceed the 40-page limit by 10 pages for our forthcoming motion for partial dismissal of the amended complaint. Counsel for plaintiffs has indicated that plaintiffs consent to the relief requested in this motion.

Good cause exists for granting this motion. On June 25, 2026, the Government filed a 40-page motion for partial dismissal of the complaint, which sought dismissal for lack of jurisdiction of the claims brought by five plaintiffs pursuant to 28 U.S.C. § 1500, as well as dismissal of counts two through six for failure to state a claim. ECF No. 18. On August 3, 2026, plaintiffs filed a 279-paragraph amended complaint that asserts nine counts for breach of contract. ECF No. 21. Plaintiffs' amended complaint reasserts all of the claims that were the subject of our prior motion for partial dismissal, but also joins an additional plaintiff, Free Russia Foundation, adds new claims asserting breach of procurement contracts for plaintiffs Democracy International and Management Sciences for Health, Inc., as well as a new count alleging that the terminations of plaintiffs' contracts were in bad faith. *Id*. Our forthcoming motion for partial dismissal of the amended complaint, therefore, must address these new claims in addition to the arguments raised in our prior motion to dismiss.

Although we have attempted to prepare a motion within the constraints of this Court's rules, we have found that our draft motion exceeds this Court's limitation by approximately 10 pages. Leave to exceed the page limit is necessary to allow for a thorough and comprehensive discussion of the numerous claims and arguments raised in plaintiffs' 279-paragraph amended complaint. In order to set forth the extensive factual and legal issues necessary to resolve our motion, it is not practicable to address them all in under 50 pages.

For these reasons, we respectfully request that the Court grant our motion for leave to exceed the 40-page limit by 10 pages.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

CORINNE A. NIOSI
Assistant Director

/s/Matthew P. Roche
MATTHEW P. ROCHE
Senior Trial Counsel
Commercial Litigation Branch, Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0466
Facsimile: (202) 514-8624
Matthew.p.roche@usdoj.gov

Dated: September 10, 2026

Attorneys for Defendant